No. 84–5565.  TELEPO v. DIANA, JUDGE, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 84–5567.  MOORE v. RICE, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–5569.  WILLIAMS v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 84–5576.  GARCIA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 84–5578.  ROTHSCHILD v. CARROLL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–5579.  JOHNPOLL v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 84–5581.  WILSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 84–5583.  SCHIRRIPA v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 84–5584.  VLASIC v. LIPPMAN, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 84–5586.  BENNETT v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 84–5589.  BELDIN ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 84–5590.  JOHNSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–5600.  WEBB v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 84–5603.  ORTIZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 84–5604.  MARTIN-TRIGONA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 84–5615.  MILLER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.